United States District Court
Eastern District of New York

NOTICE OF
RELATED CASE

The Civil Cover Sheet filed in civil action

<u>10</u> CV <u>464</u>

1) indicated that this case is related to the following case(s):

<u>09-CV-5167</u>

<u>TOWNES / MANN</u>

-OR-

2) the case was directly assigned to Judge _____ and Magistrate

Judge _____ as a Pro Se or Habeas case related to

\_\_\_\_ CR/CV_____.