# EXHIBIT 1

# FT WEEKEND

FINANCIAL TIMES | Saturday January 2 / Sunday January 3



**World Business Newspaper**

## 'I've been in detention for years – and I'm a teacher'

*First Person: David Pakter reveals how he must wait in New York's so-called rubber rooms to clear his name*

When I began teaching in Bay. Many go stir-crazy. New York City 37 years ago, if you were reported for serious misconduct, you were sent to a Board of Education office until the matter was resolved. But as the system grew, removing teachers from the classroom became standard for even the most trivial offence. The board's offices got so crowded, they began leasing buildings around the city to use as "reassignment centres", nicknamed "rubber rooms".

As many as 800 to 1,000 teachers are in rubber rooms on any given day. It's

When I was first sent to one of these rubber rooms, it took me six months to establish what the complaints were. Meanwhile, the most gifted kids. I wanted to fill in the gaps and, eventually, I was teaching them about opera, ballet, philosophy and astronomy. I devoted the last 10 minutes of each day to French.

Word got around and other students wanted to learn French. It was an unworkable situation and I was ordered to stick to the medical illustration. Somehow I'd gone from winning a teacher-of-the-year award to being a thorn in the side

whittled down. Gradually it other things I argued about was music provision – all schools must have one music teacher by law.

In 2004, term had just started when I saw a

of the school. One of the woman setting up a music room. I assumed that my complaining had paid off, but the class was for the adjacent primary school – they were expanding into our building. I couldn't believe it. I filmed the class, with the teacher's permission, to document the fact that kids from another school were being taught a subject in the place where our own students were denied it. The next day I was handed a letter telling me that "pending an investigation following an allegation made against you, you are to report to a temporary reassignment centre until further notice".

I finally discovered that the reasons for my being sent to the rubber room were "fundraising activities and collection of money from students". The allegation was thrown out but the board of education has a right to send you for a psychiatric exam regardless. It took me a year to force the city to agree to an impartial medical arbitration. I was vindicated but by then everything I had built was torn apart. There was no one to take my place and, from what I've heard, some of my pupils never fulfilled their promise.

I was sent to a new school as a substitute but soon

they pulled me out again. It took a year before I found out what the new charges were: bringing plants to school without permission and giving watches I had designed myself to students on the honour roll – which constituted promotion of a private business. But the kids wouldn't have been able to afford to buy them themselves.

I've been assigned to a rubber room in Harlem for the past two years – with no available drinking water, no natural light, no plants and poor ventilation – just waiting to clear my name.

*As told to Cian Traynor*

---

**ANALYSIS PAGE 8**

### Equality of truth? Wikipedia's dilemma

The internet encyclopaedia struggles with its ideals

**LIFE & ARTS PAGE 3**

### Lunch with Susie Orbach

The feminist writer battles 'merchants of body hatred'

---

**David Pakter**
*Pascal Perich*

**More FT.c**
● Planet Washbur the island China (p being ov golf cour ban on t
www.ft.c

● Dear c celebrate the journal-ke times
● Malcol DIY aesth caused t pop cultu
www.ft.c

# *First person*
## David Pakter
# "I've been in detention for years – and I'm a teacher"





David Pakter: 'I went from winning a teacher-of-the-year award to being a thorn in the side of the school'

WHEN I BEGAN TEACHING IN NEW YORK CITY 37 YEARS AGO, IF YOU WERE REPORTED for serious misconduct, you were sent to a Board of Education office until the matter was resolved. But as the system grew, removing teachers from the classroom became standard for even the most trivial offence. The board's offices got so crowded they began leasing buildings around the city to use as "reassignment centres", nicknamed "rubber rooms".

As many as 800 to 1,000 teachers are in rubber rooms on any given day; it's an academic Guantánamo Bay. Many go stir-crazy. Brooklyn's Chapel Street rubber room is huge but so crowded that people are almost falling out of the windows.

When I was first sent to one of these rubber rooms, it took me six months to establish what the complaints were. Meanwhile, like everyone else, I turned up every day, kept the same hours and received my salary. But there was nothing to do except wait. It's known as constructive termination. In the worst rubber rooms, there are people who've been there for up to five years.

When I started teaching in New York City, I worked at a school that was one of the jewels in the crown of the school system. As the years went by, the curriculum was whittled down. We taught four languages when I started, but gradually it became just another fifth-rate school. Eventually, Spanish was the only foreign language taught – in a school where most kids are Hispanic.

I began teaching medical illustration as part of my art course and tried to attract the most gifted kids. I wanted to fill in the gaps and eventually I was teaching them about opera, ballet, philosophy and astronomy. I devoted the last 10 minutes of each day to French – I bought the books myself.

Word got around and other students wanted to learn French. Parents were calling the school. It was an unworkable situation and I was ordered to stick to the medical illustration. Somehow I'd gone from winning a teacher-of-the-year award to being a thorn in the side of the school. One of the other things I argued about was music provision – all schools must have one music teacher by law.

In 2004, term had just started when I saw a woman setting up a music room. I assumed that my complaining had paid off, but the class was for the adjacent primary school – they were expanding into our building. I couldn't believe it. I filmed the class, with the teacher's permission, to document the fact that kids from another school were being taught a subject in the place where our own students were denied it. The next day I was handed a letter telling me "pending an investigation following an allegation made against you, you are to report to a temporary reassignment centre until further notice".

I finally discovered that the reasons for my being sent to the rubber room were "fundraising activities and collection of money from students". The allegation was thrown out, but the board of education has a right to send you for a psychiatric exam regardless. It took me a year to force the city to agree to an impartial medical arbitration. I was vindicated but by then everything I had built was torn apart. There was no one to take my place and, from what I've heard, some of my pupils never fulfilled their promise.

I was sent to a new school as a day-to-day substitute but soon they pulled me out again. It took a year before I found out what the new charges were: bringing plants to school without permission and giving watches I had designed myself to students on the honour roll – which constituted promotion of a private business. But the kids wouldn't have been able to afford to buy them themselves.

I've been assigned to a rubber room in Harlem for the past two years – with no available drinking water, no natural light, no plants and poor ventilation – just waiting to clear my name.

*As told to Cian Traynor.*

PHOTOGRAPH: PASCAL PERICH

# EXHIBIT 2

```
CHK DISP: I ISSUED BY PMS
SSN      : 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        EIS ID : 0407530       NAME: PAKTER      D L
CK DIST  : 02M630             JOB SEQ NUM: 1         PMS ID : 0644000
PENS NUM: 668800              PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A        EXEMPT FED/ST:  2 / 2          CK DATE: 10/15/09
SALARY : 100,049.00           CK NUM : Q40833726    CK TYP: REGULAR CHECK
YTD    :  79,205.49           FICA CLASS : C
CURRENT CHK AMTS ---->  GROSS:   4,168.71  NET:   2,618.88  DED:    1,549.83

----------------------- DEDUCTION INFORMATION -------------------------------
  CODE   DESCRIPTION       AMOUNT         CODE   DESCRIPTION       AMOUNT
  ----   -----------       ------         ----   -----------       ------
  6010   FICA TX EMPE      258.46-
  6012   MDICARE-EMPE       60.45-
  6015   FED WTHD          796.50-
  6020   ST WTHD           243.75-
  6030   NYC WTHD          142.62-
  7726   UFT                48.05-


F1/HELP F3/PR MENU F5/PR SCR PF6/YTD    F7/BK F8/FWD F10/PREV PPD F11/NXT PPD
```

```
CHK DISP: I ISSUED BY PMS
SSN      : 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        EIS ID : 0407530        NAME: PAKTER        D L
CK DIST  : 02M630             JOB SEQ NUM: 1          PMS ID : 0644000
PENS NUM : 668800             PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A        EXEMPT FED/ST: 2 / 2    CK DATE: 10/30/09
SALARY   : 100,049.00         CK NUM : Q40851564      CK TYP: REGULAR CHECK
YTD      :  83,374.20         FICA CLASS : C
CURRENT CHK AMTS ---->  GROSS:    4,168.71  NET:    2,618.88  DED:   1,549.83

---------------------- DEDUCTION INFORMATION ------------------------------
  CODE  DESCRIPTION       AMOUNT         CODE  DESCRIPTION       AMOUNT
  ----  ---------------   ----------     ----  ---------------   ----------
  6010  FICA TX EMPE         258.46-
  6012  MDICARE-EMPE          60.45-
  6015  FED WTHD             796.50-
  6020  ST WTHD              243.75-
  6030  NYC WTHD             142.62-
  7726  UFT                   48.05-

NEXT PAY DATE DISPLAYED
F1/HELP F3/PR MENU F5/PR SCR PF6/YTD    F7/BK F8/FWD F10/PREV PPD F11/NXT PPD
```



```
                  NYC PUBLIC SCHOOLS - EMPLOYEE INFORMATION SYSTEM    EI1M341
01/27 16:38                    PAYROLL REGISTER DETAIL                 PAGE:  1
                                 REGULAR PAYROLL

CHK DISP: I ISSUED BY PMS
SSN      : 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         EIS ID : 0407530        NAME: PAKTER         D L
CK DIST : 02M630               JOB SEQ NUM: 1          PMS ID : 0644000
PENS NUM: 668800               PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A         EXEMPT FED/ST:  2 /  2         CK DATE: 11/16/09
SALARY : 100,049.00            CK NUM : Q40869737    CK TYP: REGULAR CHECK
YTD    :  87,542.91            FICA CLASS : C
CURRENT CHK AMTS ----> GROSS:   4,168.71 NET:    2,618.89 DED:    1,549.82

------------------------ DEDUCTION INFORMATION ---------------------------------
    CODE   DESCRIPTION       AMOUNT            CODE   DESCRIPTION       AMOUNT
    ----   -----------       ------            ----   -----------       ------
    6010   FICA TX EMPE       258.46-
    6012   MDICARE-EMPE        60.44-
    6015   FED WTHD           796.50-
    6020   ST WTHD            243.75-
    6030   NYC WTHD           142.62-
    7726   UFT                 48.05-


F1/HELP  F3/PR MENU  F5/PR SCR  PF6/YTD    F7/BK  F8/FWD  F10/PREV PPD  F11/NXT PPD
```

```
USER:                      NYC BD SCHOOLS - EMPLOYEE INFORMATION SYSTEM      EI1M341
01/27 16:39                        PAYROLL REGISTER DETAIL                   PAGE:  1
                                      REGULAR PAYROLL

CHK DISP: I ISSUED BY PMS
SSN      : 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         EIS ID : 0407530       NAME: PAKTER            D  L
CK DIST : 02M630               JOB SEQ NUM: 1         PMS ID : 0644000
PENS NUM: 668800               PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A         EXEMPT FED/ST: 2 / 2             CK DATE: 11/30/09
SALARY :  100,049.00           CK NUM : Q40886813     CK TYP: REGULAR CHECK
YTD    :   91,711.62           FICA CLASS : C
CURRENT CHK AMTS ----> GROSS:     4,168.71 NET:     2,031.62 DED:     2,137.09

---------------------------- DEDUCTION INFORMATION --------------------------------
   CODE   DESCRIPTION       AMOUNT            CODE   DESCRIPTION       AMOUNT
   ----   -----------       ------            ----   -----------       ------
   6010  FICA TX EMPE         258.46-
   6012  MDICARE-EMPE          60.45-
   6015  FED WTHD             796.50-
   6020  ST  WTHD             243.75-
   6030  NYC WTHD             142.62-
   7645  TR PN LNS            587.26-
   7726  UFT                   48.05-
NEXT PAY DATE DISPLAYED
F1/HELP  F3/PR MENU  F5/PR SCR  PF6/YTD     F7/BK F8/FWD F10/PREV PPD F11/NXT PPD
```

```
                  NYC PUBLIC SCHOOLS - EMPLOYEE INFORMATION SYSTEM    EI1M341
01/27 16:39                  PAYROLL REGISTER DETAIL                    PAGE:    1
                                REGULAR PAYROLL

CHK DISP: I ISSUED BY PMS
SSN      : 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        EIS ID : 0407530        NAME: PAKTER        D L
CK DIST : 02M630              JOB SEQ NUM: 1          PMS ID : 0644000
PENS NUM: 668800              PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A        EXEMPT FED/ST:  2 /  2          CK DATE: 12/15/09
SALARY :   100,049.00         CK NUM : Q40903254    CK TYP: REGULAR CHECK
YTD    :    92,545.37         FICA CLASS : C
CURRENT CHK AMTS ----> GROSS:       833.75 NET:         75.09 DED:       758.66

------------------------- DEDUCTION INFORMATION ------------------------------
   CODE   DESCRIPTION     AMOUNT          CODE   DESCRIPTION     AMOUNT
   ----   -----------     ------          ----   -----------     ------
   6010   FICA TX EMPE        51.69-
   6012   MDICARE-EMPE        12.09-
   6015   FED WTHD            27.85-
   6020   ST WTHD             19.03-
   6030   NYC WTHD            12.69-
   7645   TR PN LNS          587.26-
   7726   UFT                 48.05-
NEXT PAY DATE DISPLAYED
F1/HELP F3/PR MENU F5/PR SCR PF6/YTD     F7/BK F8/FWD F10/PREV PPD F11/NXT PPD
```

```
                    NYC PUBLIC SCHOOLS - EMPLOYEE INFORMATION SYSTEM      EI1M341
01/27 16:39                      PAYROLL REGISTER DETAIL                  PAGE:  1
                                     REGULAR PAYROLL

CHK DISP: T ISSUED BY PMS
SSN      : 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         EIS ID : 0407530        NAME: PAKTER              D L
CK DIST  : 02M630              JOB SEQ NUM: 1          PMS ID : 0644000
PENS NUM : 668800              PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A         EXEMPT FED/ST: 2 / 2            CK DATE: 12/30/09
SALARY   : 100,049.00          CK NUM : Q40919543     CK TYP: REGULAR CHECK
YTD      :  93,379.12          FICA CLASS : C
CURRENT CHK AMTS ----> GROSS:      833.75 NET:        75.08 DED:       758.67

-------------------------- DEDUCTION INFORMATION --------------------------------
    CODE   DESCRIPTION      AMOUNT           CODE   DESCRIPTION      AMOUNT
    ----   -----------      ------           ----   -----------      ------
    6010   FICA TX EMPE       51.70-
    6012   MDICARE-EMPE       12.09-
    6015   FED WTHD           27.85-
    6020   ST WTHD            19.03-
    6030   NYC WTHD           12.69-
    7645   TR PN LNS         587.26-
    7726   UFT                48.05-
NEXT PAY DATE DISPLAYED
F1/HELP F3/PR MENU F5/PR SCR PF6/YTD     F7/BK F8/FWD F10/PREV PPD F11/NXT PPD
```

```
                      NYC PUBLIC SCHOOLS - EMPLOYEE INFORMATION SYSTEM      EI1M341
01/27 16:38                       PAYROLL REGISTER DETAIL                  PAGE:   1
                                      REGULAR PAYROLL
CHK DISP: I ISSUED BY PMS
SSN      : 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         EIS ID : 0407530        NAME: PAKTER              D L
CK DIST : 02M630               JOB SEQ NUM: 1          PMS ID : 0644000
PENS NUM: 668800               PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A         EXEMPT FED/ST: 2 / 2         CK DATE: 11/16/09
SALARY : 100,049.00            CK NUM : Q40869737   CK TYP: REGULAR CHECK
YTD    :  87,542.91            FICA CLASS : C
CURRENT CHK AMTS ----> GROSS:    4,168.71 NET:    2,618.89 DED:    1,549.82

------------------------- DEDUCTION INFORMATION -------------------------------
    CODE   DESCRIPTION      AMOUNT              CODE   DESCRIPTION      AMOUNT
    ----   -----------      ------              ----   -----------      ------
    6010   FICA TX EMPE        258.46-
    6012   MDICARE-EMPE         60.44-
    6015   FED WTHD            796.50-
    6020   ST WTHD             243.75-
    6030   NYC WTHD            142.62-
    7726   UFT                  48.05-


 F1/HELP F3/PR MENU F5/PR SCR PF6/YTD    F7/BK F8/FWD F10/PREV PPD F11/NXT PPD
```

```
               N Y C  P U B L I C  S C H O O L S  -  E M P L O Y E E  I N F O R M A T I O N  S Y S T E M    E I 1 M 3 4 1
01/27 16:59                        PAYROLL REGISTER DETAIL                              PAGE:   1
                                       REGULAR PAYROLL

CHK DISP: I ISSUED BY PMS
SSN      : 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         EIS ID : 0407530          NAME: PAKTER            D L
CK DIST : 02M630               JOB SEQ NUM: 1            PMS ID : 0644000
PENS NUM: 668800               PEN DES/DESC: T TEACHERS RETIREMENT
MAR STAT FED/ST: A / A         EXEMPT FED/ST:  2 /  2              CK DATE: 01/29/10
SALARY :  100,049.00           CK NUM : Q40950573        CK TYP: REGULAR CHECK
YTD    :    1,667.50           FICA CLASS : C
CURRENT CHK AMTS ----> GROSS:       833.75 NET:        70.42 DED:       763.33

- - - - - - - - - - - - - - - - - - - - -  DEDUCTION INFORMATION  - - - - - - - - - - - - - - - - - - - - - - - -
    CODE   DESCRIPTION       AMOUNT                CODE   DESCRIPTION       AMOUNT
    ----   -----------       ------                ----   -----------       ------
    6010   FICA TX EMPE         51.70-
    6012   MDICARE-EMPE         12.09-
    6015   FED WTHD             32.51-
    6020   ST WTHD              19.03-
    6030   NYC WTHD             12.69-
    7645   TR PN LNS           587.26-
    7726   UFT                  48.05-
NEXT PAY DATE DISPLAYED
F1/HELP F3/PR MENU F5/PR SCR PF6/YTD      F7/BK F8/FWD F10/PREV PPD F11/NXT PPD
```

# EXHIBIT 3

Case 1:09-cv-05167-SLT -RLM   Document 18-2   Filed 02/16/10   Page 13 of 14

## 2009 W-2 Wage and Tax Statement — DAVID L PAKTER

**Employer:** CITY OF NEW YORK, ONE CENTRE STREET-ROOM 200N, NEW YORK, N.Y. 10007
**Employer ID:** 13-6400434
**Employee SSN:** 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
**Employee Address:** DAVID L PAKTER, 900 PARK AVENUE 27D, NEW YORK NY 10075
**Duplicate:** 2010/02/02  742  02M630

| Box | Description | Amount |
|---|---|---|
| 1 | Wages & Other Compensation | 93,379.12 |
| 2 | Federal Income Tax Withheld | 17,578.66 |
| 3 | Social Security Wages | 93,379.12 |
| 4 | Social Security Tax Withheld | 5,789.51 |
| 5 | Medicare Wages | 93,379.12 |
| 6 | Medicare Tax Withheld | 1,354.00 |
| 9 | Advance EIC Payment | |
| 10 | Dependent Care Benefits | |
| 11 | Nonqualified Plans | |
| 13 | Retirement Plan | X |
| 14 | Other — Miscellaneous | |
| 16 | State Wages, etc (NY) | 93,379.12 |
| 17 | State Income Tax Withheld | 5,400.56 |
| 18A | Local Wages, etc (NEW YORK) | 93,379.12 |
| 19A | Local Income Tax Withheld | 3,163.02 |

Copies appearing on page: Copy C – Employee's Copy; Copy 1 – State, City or Local Tax Return; Copy B – To Be Filed With Employee's Federal Tax Return.

### Notice to Employees

**REFUND** — Even if you do not have to file a Tax Return, you should file to get a refund if box 2 shows Federal Income Tax withheld or if you can take the Earned Income Credit.

**EARNED INCOME CREDIT (EIC)** — You must file a tax return if any amount is shown in Box 9. You may be able to take the EIC for 2009 if: a) You do not have a qualifying child and you earned less than $13,440 ($16,560 if married filing a joint return), b) you have one qualifying child and you earned less than $35,463 ($38,583 if married filing jointly) or c) You have more than one qualifying child and you earned less than $40,295 ($43,415 if married filing jointly). Any EIC for which you qualify will be refunded to you, but only if you file a Tax Return. If you have at least one qualifying child, you may get as much as $1,826 of the EIC in advance by completing form W-5, Earned Income Credit Advance Payment Certificate, and giving it to your employer.

Clergy and religious workers. If you are not subject to social security and Medicare taxes, see Publication 517, Social Security and Other Information for Members of the Clergy and Religious Workers.

**CORRECTIONS** — If your name, SSN, or address is incorrect, correct copies B, C, and 2 and ask your employer to correct your employment record. Be sure to ask your employer to file form W-2c, Corrected Wage and Tax Statement, with the Social Security Administration (SSA) to correct any name, SSN, or money amount error reported to the SSA on Form W-2. If your name and SSN are correct but are not the same as shown on your Social Security Card, you should ask for a new card at any SSA office or call 1-800-772-1213.

**CREDIT FOR EXCESS TAXES** — If you had more than one employer in 2009 and more than $6,621.60 in social security and/or Tier 1 Railroad Retirement Taxes (RRTA) were withheld, you may be able to claim a credit for the excess against your federal income tax. If you had more than one Railroad employer and more than $3,088.80 in Tier II RRTA Tax was withheld, you may also be able to claim a credit. See your Form 1040 or 1040A instructions and Pub. 505, Tax Withholding and Estimated Tax.

### W2 Wage and Tax Statement

- **Box 1** — Enter the amount on Federal Income Tax withheld line of you tax return.
- **Box 2** — Enter the amount on wages line of you tax return.
- **Box 9** — Enter this amount on the advanced earned income credit payments line of your form 1040 or 1040A.
- **Box 10** — This amount is the total dependent care benefits your employer paid to you or incurred on your behalf (including amounts from a section 125 (cafeteria) plan). Any amount over $5000.00 also is included in box 1. You must complete schedule 2 (form 1040A) or form 2441, Child and Dependent Care Expenses to compute any taxable and nontaxable amounts.
- **Box 12** — The following list explains the codes shown in box 12. You may need this information to complete your tax return. Elective deferrals (codes D,E) and designated Roth contribution (code AA) under all plans are generally limited to a total of $16,500 ($11,500 if you only have Simple plans 19,500 for 15-year rule explained in Pub. 571). Deferrals under code H are limited to $7,000. However, if you were at least age 50 in 2009, your employer may have allowed an additional deferral of up to $5,500 ($2,500 for section 401(k)(11) and 408(p) SIMPLE plans). This additional deferral amount is not subject to the overall limit on elective deferrals. For code G, the limit on elective deferrals may be higher for the last 3 years before you reach retirement age. Contact your plan administrator for more information. Amounts in access of the overall elective deferral limit must be included in income.

Codes: D,E,F,G,H,OR S — See the "Wages Salaries Tips etc." line instructions for form 1040. Note: If a year follows code D,E,F,G,H,OR S, you made a make-up pension contribution for a prior year(s) when you were in military service. To figure whether you made excess deferrals, consider these amounts for the year shown, not the current year. If no year is shown, the contributions are for the current year.

- **D)** Elective deferrals to a Section 401(K) cash or deferred arrangement. Also includes deferrals under a SIMPLE retirement account that is part of a section 401(K) arrangement.
- **E)** Elective deferrals under a section 403(B) salary reduction agreement.
- **G)** Elective deferrals and employer contributions (including nonelective deferrals) to a section 457(b) deferred compensation plan.
- **P)** Excludable moving expense reimbursements paid directly to employee (not included in boxes 1,3, or 5)
- **AA)** Designated Roth contributions to a section 401(k) plan

**Box 13** — If the "Retirement Plan" box is checked, special limits may apply to the amount of traditional IRA contributions you may deduct.

**NOTE:** Keep Copy C of Form W-2 for at least three years after the due date for filing your income tax return. However, to help protect your social security benefits, keep Copy C until you begin receiving social security benefits, just in case there is a question about your work record and/or earnings in a particular year. Review the information shown on your annual (for workers over age 25) Social Security Statement.