```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
DAVID PAKTER,

                    Plaintiff,
                                            08 Civ. 7673 (DAB)
        -against-                               ORDER

NEW YORK CITY DEPARTMENT OF EDUCATION
f/k/a BOARD OF EDUCATION OF THE CITY
SCHOOL DISTRICT OF THE CITY OF NEW YORK,
et al.,

                    Defendants.
------------------------------------X
```

DEBORAH A. BATTS, United States District Judge.

The Court is in receipt of Plaintiff's Motion for Miscellaneous Injunctive and Other Relief, dated November 4, 2009. Within 10 days of the date of this Order, Plaintiff shall submit a one page letter citing authority, whether legal, administrative, or contractual, supporting his request for an Order directing that Defendant's paychecks not be withheld and that his status not be changed during the pendency of this litigation.

The Plaintiff's request for an evidence preservation Order and the imposition of sanctions based on the alleged spoliation of evidence is DENIED.

The Court reserves decision on Defendant's Motion for Sanctions.

SO ORDERED.

Dated:   New York, New York
         December 7, 2009

                                                     *Deborah A. Batts* (signature)
                                                     Deborah A. Batts
                                                     United States District Judge