*Joy Hochstadt, P.C.*
*Attorneys at Law*
*300 Central Park West*
*New York, New York 10024*

May 24, 2010

The Honorable Sandra L Townes
United States District Judge
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 111201

The application is ☒ granted. ___ denied.
SO ORDERED.

s/Sandra L. Townes
~~s/Sandra L. Townes~~
Sandra L. Townes, U.S.D.J.
Dated: May 27, 2010
Brooklyn, New York

Re:   Thomas et al v. NYC Dep't. of Education, et al.,
      Civil Action No. 09 cv.5167 (SLT)(RLM);

Dear Judge Townes:

   I am the Counsel to the putative plaintiff class in the above action.

   With the consent of Mr. Leighton, opposing counsel (provided he shall have two weeks after I serve my opposition to serve his reply), I respectfully request a further four week extension in the time to oppose the Defense Motion to Dismiss. This is the first request for an extension.

   I am trying to arrange a delayed schedule to all but one of my cases for several reasons:

1.  There are six Memoranda of Law, all due or past due (state cases where stipulations can be negotiated *post hoc* as long as prior to the return date) in the next week in six different cases including the matter before Your Honor. At age 71, I, as a solo practitioner, have a real problem. In addition to the Class Action before Your Honor there are the following:

2.  Four are for teachers; Three of the four, all tenured, have lost their jobs and seek reinstatement and backpay due to denial of even the procedures that Mr. Leighton considers adequate for long-term state/city employees. Two had no arbitration procedures, the third was forced to go through arbitration without counsel. The fourth, though still "employed" has received no paycheck in eight months; his issues are currently before the Second Circuit  .

3.  The fifth case, and the one I will need to focus on until its last due day June 2, 2010, is my first petition for a writ of certiorari since I was admitted to the U.S. Supreme Court bar seven months ago. I represent almost one hundred plaintiffs who are the families and survivors of the Kaprun Ski Train fire on November 11, 2000. The issue is that the defendants have won in the Second Circuit claiming the SDNY is a *forum non coveniens* and that the appropriate forum would be Austria. However, there are many reasons why is impossible to get a fair and full hearing in Austria. What is needed are adequate standards to guide the lower courts in deciding such cases, especially when

**Principal:** Joy Hochstadt, PhD., JD, Dipl. Amer. Bd. Clin. Chem.,   **Telephone** 212 580 9930   **Facsimile:** 212 580 9322
**Admitted:** Federal & State Bars of NJ & NY, 2nd Circuit & U.S. Supreme Court   **e-mail** joy.hochstadt.pc@gmail.com

Page -2-

all the other circuits have regularly differed from this Circuit in their approach to the problem. Further, a grant of certiorari has been made in another *forum* case, which often means a second case may be selected to be considered together with the first, in order view another facet to the issue before the Court, simultaneously.

I therefore. respectfully request a further extension of time, of four additional weeks, until June 27, 2010.

I thank Your Honor's Court for its many courtesies and considerations.

Respectfully submitted

Maxwell D. Leighton. Esq.