

# NYGA
New York Gastroenterology Associates, L.L.P.

- Lawrence B. Cohen, M.D.
- James Aisenberg, M.D.
- Kenneth M. Miller, M.D.
- Neville D. Bamji, M.D.

311 East 79th Street - New York, New York 10075  |  T: 212.996.6633  •  F: 212.996.6677  |  contact@nyga.md  •  www.nyga.md

**Joy Hochstadt**

July 4, 2010

Dear Ms Hochstadt:

I hope that you are feeling well.

I have reviewed your biopsies which are fine.

There is no evidence for infection with the bacteria, helicobacter pylori.  Please let me know if you are not feeling well and do not hesitate to call with any questions or concerns.  We can also discuss any questions that you have when I see you for the follow-up endoscopy.

Sincerely,

Kenneth Miller, M.D.



MEMBERS OF
THE MOUNT SINAI HOSPITAL MEDICAL STAFF
AND SCHOOL OF MEDICINE FACULTY

Accredited by the
ACCREDITATION ASSOCIATION
for AMBULATORY HEALTH CARE, INC.