RECEIVED
In Chambers of:
U.S. Magistrate Judge
ROANNE L. MANN

OCT 15 2010



Hon. Roanne L. Mann USMJ
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: Thomas et al v New York City Department of Education et al
09-cv-5167 (SLT) (RLM)

Hon. Judge Mann:

I am one of the named plaintiffs in this action.

I came upon the letter of Josefina Cruz dated Sept. 30, 2010 to the Court requesting certain extensions and relief. I also saw the Court's order dated Oct. 1, 2010 granting Ms. Cruz request. I and Ms. Cruz are basically in the same position, so I seek the same relief granted to Ms. Cruz.

I have also seen the letter that our attorney, Joy Hochstadt sent to the Court. I was not consulted, nor do I approve of the statements in her letter, and I hope the Court's response does not preclude me from being able to make submissions like Ms. Cruz.

Thank you for the Court's indulgence and consideration.

Respectfully

*Paul Santucci*

cc: Hon. Sandra L. Townes
Maxwell Leighton Esq.
Joy Hochstadt Esq.
Other Named Plaintiffs

> By its terms, the Court's Order of October 1, 2010, expressly applies to "any plaintiff desiring to retain new counsel...." Therefore, plaintiff Santucci's application is granted, to the extent specified in the October 1st Order.
>
> SO ORDERED
> /s/
> Roanne L. Mann
> U.S. Magistrate Judge
> Dated: 10/15/10